PROB 12C
(6/16)

Report Date: July 20, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jerome Tom Moses | Case Number: 0980 2:18CR00066-SMJ-1 |

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., United States District Judge

Date of Original Sentence: February 26, 2019

| | |
|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. §§ 751 (a) and 4082 (a) |
| Original Sentence: | Prison - 12 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: August 3, 2020 |
| Defense Attorney: | Federal Defenders |
| | Date Supervision Expires: August 2, 2023 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on September 24, 2020.

On August 3, 2020, Mr. Moses' assigned United States Probation Officer reviewed conditions of supervised release with him. Mr. Moses verbally stated he understood his conditions.

This officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Moses violated mandatory condition number 1 on June 23, 2022, by allegedly committing Third Degree Theft, in violation of the Revised Code of Washington (RCW) 9A.56.050; Yakima County District Court cause number 2A0436547.<br><br>On June 4, 2022, Union Gap Police Department (UGPD) officers were dispatched to the Winco grocery store in response to a shoplift that had occurred.<br><br>A Loss Prevention Officer (LPO) from Winco informed UGPD officers that Mr. Moses was observed concealing two pints of ice cream in his backpack, and then exiting the store. The LPO stated Mr. Moses did not attempt to purchase the ice cream before exiting. The LPO confronted Mr. Moses outside of the store and took him into custody. Mr. Moses was also observed on Winco closed circuit television footage concealing the two pints of ice cream |

Prob12C
**Re: Moses, Jerome Tom**
**July 20, 2022**
**Page 2**

in his backpack, failing to pay for the items and exiting the store.

UGPD officers then took Mr. Moses into custody and transported him to Yakima County Jail (YCJ).

5 **Mandatory Condition #1**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Moses violated mandatory condition number 1 on June 23, 2022, by allegedly making False Statement to Public Servant, in violation of RCW 9A.76.175; Yakima County District Court cause number 2A0436547.

On June 4, 2022, UGPD officers were dispatched to the Winco grocery store in response to a shoplift that had occurred.

Mr. Moses was taken into custody by the Winco LPO for concealing two pints of ice cream in his backpack and exiting the store without paying. When UGPD officers arrived on the scene, Mr. Moses informed the officers his name was Pernell B. Moses, with a birth date of October 20, 1991. UGPD officers then took Mr. Moses into custody and transported him to YCJ.

On June 22, 2022, UGPD officers were notified by SunComm Dispatch that the actual Pernell B. Moses had been arrested on June 21, 2022, in Wapato, Washington, thus the actual individual in custody was Mr. Jerome T. Moses. YCJ staff then confronted Mr. Moses and he admitted to providing a false name at the time of his arrest on June 4, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 20, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
**Re: Moses, Jerome Tom**
**July 20, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____07/21/2022_____
Date