PROB 12C
(6/16)

Report Date: October 7, 2022

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerome Tom Moses                    Case Number: 0980 2:18CR00066-SAB-1

Address of Offender: ███████████████████████ Union Gap, Washington 98903

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 26, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. §§ 751 (a) and 4082 (a) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 36 months | Type of Supervision: | Term of Supervised Release |
| Revocation Sentence:<br>September 23, 2022 | Prison - 3 months<br>TSR - 33 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | October 5, 2022 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: | July 5, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On October 4, 2022, Your Honor explained to Mr. Moses the Court's expectations upon his release from custody on October 5, 2022, to include complete inpatient substance abuse treatment and remain in contact with the probation office.  Mr. Moses verbally stated he understood his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Moses is alleged to have violated his supervised release conditions by aborting inpatient treatment on October 5, 2022, from James Oldham Treatment Center (JOTC). |

Prob12C
**Re: Moses, Jerome Tom**
October 7, 2022
Page 2

On October 5, 2022, at 10:30 a.m., Mr. Moses was released from Yakima County Jail and was transported to JOTC for inpatient substance abuse treatment.

On October 6, 2022, at approximately 9:24 a.m., this officer received a telephone call from Merit Resource Service staff (Merit staff). Merit staff said on October 5, 2022, Mr. Moses was transported to JOTC for inpatient substance abuse treatment and left the JOTC within about 5 minutes, without permission, before he could sign any releases of information. This officer also contacted JOTC to verify Mr. Moses aborted inpatient treatment without permission. However, due to a release of information not being signed for this officer, JOTC staff could not confirm or deny his treatment status.

Mr. Moses has failed to communicate with the probation office, and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 7, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

10/18/2022
Date