PROB 12C
(6/16)

Report Date: September 26, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerome Tom Moses      Case Number: 0980 2:18CR00066-SAB-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 26, 2019

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. §§ 751 (a) and 4082 (a) | |
| Original Sentence: | Prison - 60 months<br>TSR - 36 months | Type of Supervision: Term of Supervised Release |
| Revocation Sentence:<br>September 23, 2022 | Prison - 3 months<br>TSR - 33 months | |
| Revocation Sentence:<br>May 3, 2023 | Prison - 5 months<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 18, 2023 |
| Defense Attorney: | Juliana M. Van Wingerden | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To issue a warrant.

On May 3, 2023, Your Honor explained to Mr. Moses the Court's expectations upon his release from custody. Mr. Moses verbally stated he understood his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Moses is alleged to have violated his supervised release conditions by failing to report to the probation office within 72 hours of release from the Tucson Federal Correctional Institution (FCI), Bureau of Prisons (BOP) on September 18, 2023. |

Prob12C
**Re: Moses, Jerome Tom**
**September 26, 2023**
**Page 2**

Per the BOP website, Mr. Moses was released from the BOP custody at Tucson FCI on September 18, 2023. This officer contacted a counselor at the BOP facility, who confirmed he was released on September 18, 2023. Mr. Moses has not reported or contacted the probation office since his release from BOP.

Mr. Moses has failed to communicate with the probation office, and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 26, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

9/27/2023
Date